[55 NE3d 1061, 36 NYS3d 88]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CARLOS PALENCIA, Respondent.

Decided June 23, 2016

1112

APPEARANCES OF COUNSEL

*Madeline Singas, District Attorney,* Mineola (*Donald Berk* of counsel), for appellant.

*Russell Law Group, PLLC,* Westbury (*Camille O. Russell* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]).

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.